IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

THOMAS RAY DICKERSON,

    Plaintiff,

v.

WARDEN ROBERT ADAMS; WARDEN ADAM JORDAN; and NURSE FNU PEACOCK,

    Defendants.

CIVIL ACTION NO.: 6:17-cv-109

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 83. Plaintiff Thomas Ray Dickerson ("Dickerson") did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Dickerson's Complaint, doc. 1, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case, and **DENIES** Dickerson *in forma pauperis* status on appeal.

**SO ORDERED**, this 18th day of June, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA